UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EISHO SUZUKI,

        Plaintiffs,

v.

COUNTY OF CONTRA COSTA, et al.,

        Defendants.

Case No. 18-cv-06963-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 4, 2019 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS: August 30, 2019

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF AND DEADLINE TO FILE DISCOVERY DISPUTE LETTERS is: October 4, 2019.

DESIGNATION OF EXPERTS: October 11, 2019; REBUTTAL: October 25, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: November 22, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; November 27, 2019;
    Opp. Due: December 13, 2019; Reply Due: December 20, 2019;
    and set for hearing no later than January 10, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: February 25, 2020 at 3:30 PM.

JURY TRIAL DATE: March 9, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties will produce initial disclosures by 7/1/19.
Deadline to amend the pleadings is 8/30/19.
The parties will submit a protective order for the Court's review.
By 8/30/19, counsel shall inform the Court of the name of the private mediator that has been selected. The mediation session shall be completed by 9/27/19.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 6/14/19

                                            SUSAN ILLSTON
                                            United States District Judge