UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EISHO SUZUKI,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF CONTRA COSTA, *et al*.,<br><br>        Defendants. | Case No. 18-cv-06963-SI<br><br>**JUDGMENT** |

Pursuant to the Ninth Circuit's memorandum decision and mandate, the Court hereby enters judgment in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 28, 2020

                                      SUSAN ILLSTON
                                      United States District Judge